# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130762

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES E. ROBINS, JR.,
       Plaintiff-Appellant,

v

EPI PRINTERS, INC.,
       Defendant-Appellee.

SC: 130762
COA: 258270
Wayne CC: 02-241160-CK

_____/

     On order of the Court, the application for leave to appeal the December 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

s0619